D. B. SCULLY SYRUP CO., PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 10005. Promulgated January 21, 1928.

*G. A. Spencer, Esq.*, and *Frank H. Bryan, Esq.*, for the petitioner.
*F. O. Graves, Esq.*, for the respondent.

OPINION.

GREEN: The first issue involves a question that has been decided adversely to the respondent many times. *Appeal of L. S. Ayers & Co.*, 1 B. T. A. 1135; *Silver King Consolidated Mining Co. of Utah* v. *Commissioner*, 8 B. T. A. 41; *Textile Mill Supply Co.* v. *Commissioner*, 8 B. T. A. 145; *Belmont Iron Works* v. *Commissioner*, 9 B. T. A. 216.

The second issue involves a question that has as often been decided adversely to the petitioner. *Appeal of Russel Wheel & Foundry Co.*, 3 B. T. A. 1168; *Thomaston Cotton Mills* v. *Commissioner*, 8 B. T. A. 54, and cases therein cited; *Leggett & Platt Spring Bed Manufacturing Co.* v. *Commissioner*, 8 B. T. A. 61.

> *Judgment will be entered on 15 days' notice, under Rule 50.*